UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

                - against -

ANTHONY VIGGIANO, *et al.*,

                    Defendants.
------------------------------------------------------------------X

NOTICE OF MOTION

ECF Case

No. 23 Civ. 8542 (MKV)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Anthony Viggiano et al.*, 23 Cr. 497 (VEC) and the Information in the criminal case *United States v. Christopher Salamone*, 23 Cr. 496 (KPF) (the "Criminal Cases"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, and Peter J. Davis and Jared Lenow, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Cases, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
       October 17, 2023

                                          DAMIAN WILIAMS
                                          United States Attorney

                                          /s/_____
                                          Peter J. Davis
                                          Jared Lenow
                                          Assistant United States Attorneys
                                          Telephone: (212) 637-2468 / 1068