USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ANTHONY VIGGIANO, STEPHEN A. FORLANO, CHRISTOPHER SALAMONE, and NATHAN BLECKLEY

Defendants.

1: 23-cv-8542-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The parties have filed two motions to approve proposed partial judgments and consents thereto relating to Defendants Salamone and Bleckley. [ECF Nos. 11–12, 22–23]. Subsequently, on October 17, 2023, the United States filed a motion seeking to (1) intervene in this action, and (2) stay this matter in its entirety until the conclusion of related criminal cases. [ECF No. 25].

Accordingly, IT IS HEREBY ORDERED that on or before October 20, 2023 at 12:00 PM, the parties and the United States shall file a joint letter on the docket advising whether the United States's motion and the parties' two motions to approve proposed partial judgments impact one another.

**SO ORDERED.**

**Date: October 18, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**