USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

ANTHONY VIGGIANO, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**[MKV]**

Stipulation and [Proposed] Order

No. 23 Civ. 8542 (MKV)

        WHEREAS, by motion dated October 17, 2023, and letter dated October 19, 2023, the Government moved to intervene and for a full stay of the above-captioned case, other than with respect to any proceedings specifically concerning the pending consent motions for partial judgments (ECF Nos. 11-12, 22-23), in light of the pendency of the parallel criminal cases *United States v. Anthony Viggiano et al.*, 23 Cr. 497 (VEC) and *United States v. Christopher Salamone*, 23 Cr. 496 (KPF) (the "Criminal Cases"), in which an indictment has been returned and an information filed; and

        WHEREAS, defendants Anthony Viggiano, Stephen Forlano, Jr., Christopher Salamone, and Nathan Bleckley consent to the requested stay;

        WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a stay; and

        WHEREAS, the Court finds that a stay of this action is in furtherance of the public interest and will not prejudice any party; it is hereby

        **ORDERED** that the Government's motion to intervene is GRANTED. It is further

        **ORDERED** that proceedings in this action, except for any rulings or other proceedings on the parties' pending motions to approve partial judgments and consents thereto

(ECF Nos. 11-12, 22-23), are stayed in their entirety pending the conclusion of the Criminal Cases, but without prejudice to any party's right to make a subsequent application to lift the stay and resume proceedings based on changed circumstances. For avoidance of doubt, the obligations to answer or otherwise respond to the complaint, motion practice, document discovery, and all depositions, interrogatories, requests for admission, issuance of subpoenas, third party discovery, and any other forms of discovery, including the parties' obligation to make disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), are hereby stayed in their entirety.

SO ORDERED:

_____        _10/30/2023_
THE HONORABLE MARY KAY VYSKOCIL           DATE
UNITED STATES DISTRICT JUDGE