```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ANTHONY VIGGIANO, STEPHEN A. FORLANO, CHRISTOPHER SALAMONE, and NATHAN BLECKLEY

Defendants.

1:23-cv-8542-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 30, 2023, the Court stayed this action pending the conclusion of criminal cases *United States v. Anthony Viggiano et al.*, 23 Cr. 497 (VEC) and *United States v. Christopher Salamone*, 23 Cr. 496 (KPF) (the "Criminal Cases"). Upon an independent review of the docket, the Court notes that the Criminal Cases appear to be closed. Accordingly, IT IS HEREBY ORDERED that **on or before October 11, 2024**, the parties shall submit a joint status update letter on the docket.

**SO ORDERED.**

Date: September 26, 2024
New York, NY

*/s/ Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge