

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BYRON G. ROGERS FEDERAL BUILDING, 1961 STOUT ST., SUITE 1700
DENVER, CO 80294-1961

DENVER
REGIONAL OFFICE

June 10, 2025

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      Re: *SEC v. Viggiano et al.*, No. 1:23-cv-08542-MKV, Status Update and Request for Continuation of Stay

Dear Judge Vyskocil:

      The SEC hereby submits this status update letter advising the Court of the status of settlement and respectfully requests that the stay currently in place be extended to allow the settlement process to run its course.

      On March 6, 2025, the SEC moved the Court for final judgment as to Defendants Forlano, Salamone, and Bleckley. ECF No. 42. The SEC's motion is currently pending.

      The SEC staff has received a signed settlement offer from Defendant Viggiano, which, if accepted by the Commission and the Court, would fully and finally resolve the SEC's case against him. The SEC staff is in the process of recommending the settlement to the Commission, which includes review of the recommendation by the Commission's Division of Enforcement, other Commission Divisions and Offices, and ultimately the SEC's Commissioners.[1] This process has taken longer than the SEC staff anticipated in April, when the last status report was filed. The SEC staff is continuing its efforts to complete this review.

      In light of the foregoing, the SEC respectfully requests that the Court maintain the stay of these proceedings for an additional two months—up to and including August 10, 2025. The additional time will allow for the SEC staff to continue the recommendation process.

---

[1] As previously indicated, only the SEC's Commissioners have authority to accept offers of settlement in SEC actions.

On or before August 10, 2025, the SEC will, as appropriate: (1) move for entry of consent judgment as to Defendant Viggiano from whom a signed offer of consent has been received and accepted by the Commission; (2) propose a briefing schedule to resolve this matter as to Defendant Viggiano; and/or (3) update the Court on any developments in the status (not substance) of new settlement negotiations that may warrant additional time.

Continuing the stay will not prejudice any party and will avoid unnecessary expenditures of judicial and party resources while settlement is considered, allowing for potential resolution of the case as to all settling Defendants without the need for further discovery or trial.

Respectfully submitted,

*s/ Rachel E. Yeates*
Rachel E. Yeates
*Securities and Exchange Commission*

cc (via email):
    Jon-Jorge Aras (counsel for Defendant Salamone)
    Todd A. Spodek (counsel for Defendant Bleckley)
    Michael Bachner (counsel for Defendant Forlano, Jr.)
    Steven Brill (counsel for Defendant Viggiano)