USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ANTHONY VIGGIANO, STEPHEN A. FORLANO, CHRISTOPHER SALAMONE, and NATHAN BLECKLEY

Defendants.

1:23-cv-8542-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On March 6, 2025, the parties moved to approve final consent judgments as to Defendants Forlano, Salamone, and Bleckley. [ECF No. 42]. The Court entered final judgments as to Defendants Forlano, Salamone, and Bleckley on June 24, 2025. [ECF No. 51, 52, 53]. On September 16, 2025, the parties moved to approve a final consent judgment as to Defendant Viggiano and today the Court entered the final judgment as to Defendant Viggiano.

Accordingly, the Clerk of Court is respectfully requested to terminate the motions pending at docket entries 42 and 56 and to close this case.

**SO ORDERED.**

Date: **October 2, 2025**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**